# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TERRELL L. HAYNES
ADC #710301                                                      PLAINTIFF

v.                       No. 4:18-cv-474 DPM

THOMAS C. STINNETTE,
Doctor, Pulaski County Jail;
MARIA LANE, Nurse, Hawkins
Unit; and ARKANSAS DEPARTMENT
OF CORRECTION, Hawkins Unit                                      DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Haynes hasn't filed an amended complaint; and the time to do so has passed. № 3. The complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2018