IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRELL L. HAYNES
ADC #710301                                                              PLAINTIFF

v.                          No. 4:18-cv-474 DPM

THOMAS C. STINNETTE,
Doctor, Pulaski County Jail;
MARIA LANE, Nurse, Hawkins
Unit; and ARKANSAS DEPARTMENT
OF CORRECTION, Hawkins Unit                                          DEFENDANTS

## JUDGMENT

Haynes's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

13 September 2018